IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGIA A. WINSTON                                                    Plaintiff

v.                               5:06CV00266 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                              Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 30th day of November, 2007.

/s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE